UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DON BURT,

    Petitioner,

v.                                        Case No.  3:20-cv-3-LC-MJF

CHAD POPPELL,
Secretary, Florida Department of Children and Families,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 29, 2020. (Doc. 12). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. 12), is adopted and incorporated by reference in this Order.

2.  Respondent's motion to dismiss (Doc. 10) is **GRANTED** based on lack of subject matter jurisdiction.

3.  Petitioner's amended petition for writ of habeas corpus (Doc. 4), is **DISMISSED** for lack of subject matter jurisdiction.

4.  The Clerk of Court is directed to close this case file.

**DONE AND ORDERED** this 27th day of October, 2020.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**